Cite as 2024 Ark. 100

# SUPREME COURT OF ARKANSAS

IN RE FEE FOR PRINTED
ATTORNEY LICENSE

**Opinion Delivered:** May 30, 2024

**PER CURIAM**

Upon admission to the Bar of Arkansas, each newly licensed attorney receives a printed Attorney License to display proudly. Unfortunately, the costs associated with the printing of these licenses has greatly increased, and the fees currently being assessed for production of the licenses do not adequately cover the printing costs. Thus, effective immediately, the Court finds it necessary to increase the fees assessed for printed licenses. The fee for obtaining a printed license shall be increased from $25.00 to $50.00. This increase will apply to each relevant fee that includes a charge for a printed license.